

800 N. West Street
Wilmington, Delaware, 19801
Main: 302.527.9378

R Touhey Myer
tmyer@kratzandbarry.com
Direct: 215.260.3969

13 August 2024

***Via CM/ECF***

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
  for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07107

      **Re:   American Regent, Inc. v. Gland Pharma Limited**
               **U.S.D.C.(D.N.J.)**
               **C.A. No. 2:24-cv-07756-BRM-CLW**

Dear Judge Waldor:

Please be advised that our firm serves as counsel to the Defendant, Gland Pharma Limited, in the above-referenced matter. Enclosed please find a proposed Stipulation to which the parties have agreed, which, subject to the Court's approval, would extend Gland Pharma Limited's deadline to answer the complaint in the Civil Action as referenced above, sixteen (16) days to August 30, 2024.

If the proposed Stipulation meets with Your Honor's approval, we ask that the Court 'So Order' the same and forward it to the Clerk's Office for filing.

We thank the Court for its consideration and attention to this matter.

               Respectfully submitted,

               R TOUHEY MYER

*Enclosure*

cc:     Counsel of Record (*via CM/ECF and E-mail*)